IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
DEC - 7 2006
RALPH L. DeLOACH, Clerk
By _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 06-20172-01-JWL/JPO |
| TIMOTHY JOE JAMES, ) | |
| Defendant. ) | |

**SEALED**

## SEALED INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 30, 2006, in the District of Kansas, the defendant,

**TIMOTHY JOE JAMES**,

who had been convicted in 1983, case number CR582-740FX, of two counts of Felony Stealing and three counts of Burglary in the Second Degree, in the Circuit Court of Cape Girardeau County, Missouri, and all crimes punishable under the laws of the State of Missouri by imprisonment for a term exceeding one year, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely a 9mm Star pistol, Model BKS, serial number 1303457, and a .22 caliber Marlin rifle, Model 60, serial number 14329478; and, ammunition, namely, .22 caliber Federal Hi-Point ammunition and shotgun shells; all which had been shipped and transported in interstate and foreign commerce.

This is in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

A TRUE BILL.

—

DATED: 12/6/06

*Jessa D. Morehead*

ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Ks.S.Ct. No. 12430

(It is requested that the trial of the above-captioned case be held in the City of Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

*John W. Lungstrum*

UNITED STATES DISTRICT JUDGE
DISTRICT OF KANSAS

Penalties:

Count 1:

- NMT 10 years imprisonment,
- NMT $250,000.00 fine,
- NMT 3 years S.R., and
- $100 Special Assessment.

In the event of three prior convictions constituting a crime of violence or a drug trafficking offense:

- NLT 15 years imprisonment,
- NMT $250,000.00 fine,
- NMT 3 years S.R., and
- $100 Special Assessment.